IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. NORTON, JR.,

    Plaintiff,   No. CIV S-05-0639 FCD DAD PS

  vs.

McDONALD HAMBURGER CORP., et al.,

    Defendants.   ORDER
_____/

       Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On December 14, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

       1. The findings and recommendations filed December 14, 2005, are adopted in full; and

1

1    2. Defendants' motion to dismiss is granted in part and the defamation cause of
2 action arising out of the incident of August, 2003 is dismissed.
3 DATED:January 13, 2006

5 　　　　　　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL JR.
6 　　　　　　　　　　　　　　　　　　　United States District Judge